# IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF FLORIDA
## PANAMA CITY DIVISION

**FERNANDO VILLENA,**

        **Plaintiff,**

**v.**                                                **CASE NO. 5:12-cv-290-RS-EMT**

**OFFICER MORGAN, et al.,**

        **Defendants.**

_____/

## ORDER

Before me is the Magistrate Judge's Report and Recommendations (Doc. 5).

**IT IS ORDERED:**

1.     The Magistrate Judge's Report and Recommendation is approved and incorporated in this Order.

2.     Plaintiff's complaint is **DISMISSED without prejudice** for failure to comply with an order of the Court.

3.     The Clerk is directed to close the file.

**ORDERED** on December 14, 2012.

                      /S/ Richard Smoak
                      **RICHARD SMOAK**
                      **UNITED STATES DISTRICT JUDGE**